

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00278-CV

Susan **CAMMACK**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file the appellant's brief, in which she requests 90 days to file the brief, is granted in part. We order appellant, Susan Cammack, to file her brief by **September 21, 2018.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court